

FILED
ENTERED
COUNSEL/PARTIES OF RECORD

NOV - 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,           )
                                )
    v.                          )      2:11-CR-195-LDG (CWH)
                                )
JULIO ROMERO,                   )
                                )
           Defendant.      )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 9, 2011, defendant JULIO ROMERO pled guilty to Count One of a One-Count Criminal Indictment charging him in Count One with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant JULIO ROMERO agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum. Docket #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum and the offense to which defendant JULIO ROMERO pled guilty. #1.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

1         a)     a Norinco SKS Rifle, 7.62 x 39 caliber, serial number 1607240P; and

2         b)     any and all ammunition ("property").

3         This Court finds the United States of America is now entitled to, and should, reduce the

4 aforementioned property to the possession of the United States of America.

5         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

6 United States of America should seize the aforementioned property.

7         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

8 JULIO ROMERO in the aforementioned property is forfeited and is vested in the United States of

9 America and shall be safely held by the United States of America until further order of the Court.

10         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

11 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

12 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

13 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

14 the name and contact information for the government attorney to be served with the petition,

15 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

16         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

17 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

18         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

19 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

20 following address at the time of filing:

21         Michael A. Humphreys
            Assistant United States Attorney
22         Daniel D. Hollingsworth
            Assistant United States Attorney
23         Nevada State Bar No. 1925
            Lloyd D. George United States Courthouse
24         333 Las Vegas Boulevard South, Suite 5000
            Las Vegas, Nevada 89101

25

26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this ___9___ day of ___November___, 2011.

_____
UNITED STATES DISTRICT JUDGE